IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TONY MARSHALL BARBER,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3315
**CORRECTED PAGES: pg 1**
**CORRECTION IS UNDERLINED IN RED**
**MAILED: April 13, 2015**
**BY: NMS**

Opinion filed April 9, 2015.

An appeal from the Circuit Court for Baker County.
Mark W. Moseley, Judge.

Nancy A. Daniels, Public Defender, Steven L. Seliger, and Colleen Dierdre Mullen, Assistant Public Defenders, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Matthew Pavese, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

CLARK, ROWE, and MAKAR, JJ., CONCUR.